IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MAKAYLA JANIA HINES, individually, and as personal representative of the Estate of Michael Anthony Hines, Jr., deceased,

    Plaintiff,

   v.

NICHOLAS BURIST, et al.,

    Defendants.

CIVIL ACTION NO.: 2:23-cv-89

**O R D E R**

The parties conducted a Federal Rule of Civil Procedure 26(f) conference and filed a Rule 26(f) report on October 13, 2023.[1]  Doc. 26.  In their Rule 26(f) report, the parties acknowledged Defendant Mayflower Transit LLC asserted a jurisdictional challenge, and the parties stated the schedule in this case should account for resolution of that jurisdictional challenge.  The Court rejected Mayflower's jurisdictional challenge on October 17, 2023.  Doc. 29.

In order to establish an appropriate schedule that governs all discovery for all parties, including Mayflower, I **ORDER** the parties to conduct a new Rule 26 conference, if necessary, and submit a new Rule 26(f) report with the participation of all parties who have appeared in the case.  The parties shall submit the new Rule 26(f) report within 14 days of the Rule 26 conference.  The report shall conform to the language and format of the Form Rule 26(f) report

---

[1] It is unclear if Defendant Mayflower Transit LLC participated in the conference.  Mayflower's counsel is not listed as attending, but Mayflower's counsel signed the Rule 26(f) report.

for use in Judge Wood/Judge Cheesbro cases located on the Court's website:

www.gasd.uscourts.gov under "Forms."

**SO ORDERED**, this 27th day of October, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA