**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

MAKAYLA JANIA HINES,

        Plaintiff,

    v.

NICHOLAS BURIST, et al.,

        Defendants.

CIVIL ACTION NO.: 2:23-cv-89

**O R D E R**

Plaintiff filed a Motion for Discovery seeking limited jurisdictional discovery.  Doc. 93. Plaintiff contends limited jurisdictional discovery and possibly an evidentiary hearing are warranted so Plaintiff can explore the subject matter jurisdiction argument Defendant Unigroup, C.A. raises in its motion to dismiss.  Id. at 3–4.  The Court **GRANTS in part** and **DENIES in part** Plaintiff's Motion.[1]  The Court will allow the parties 45 days to conduct the limited jurisdictional discovery needed to address the jurisdictional argument Defendant Unigroup raises in its motion to dismiss but denies the request for an evidentiary hearing at this time.  Defendant Unigroup does not waive its subject matter jurisdiction defense by participating in this limited discovery, and Plaintiff is limited to seeking limited discovery against Defendant Unigroup. Plaintiff and the other remaining Defendants are to proceed as the Court has previously directed

---

[1]     Counsel, in the title of this Motion, cites Local Rule 3.01(g), but this is not a Local Rule of this Court.  Doc. 93.  Counsel relies expressly on authority from the Middle District of Florida, suggesting counsel has utilized a previous motion filed in that court without sufficiently adapting it to fit this case. In addition, counsel filed this as a "Motion for Leave re Motion to Dismiss," but it is clear this is a discovery Motion.  Counsel should exercise more diligence in the future.

during this time.  Docs. 45, 57, 70, 84.

   **SO ORDERED**, this 17th day of September, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA